OPINION — AG — OPINION DEALING WITH THE PROSECUTION OF A PRISONER WHO HAD ESCAPED FROM THE PRISON AND IS NOW CONFINED OVER AT THE PENITENTIARY AT MCALESTER. WHO HAS THE JURISDICTION OF A PROSECUTION FOR ESCAPING FROM PRISON . . IS IT ANY COUNTY OF THE STATE OR THE COUNTY OF THE ESCAPE ? — THE SAFEST COURSE IS TO INSTITUTE ANY PROSECUTION IN THE COUNTY WHERE THE ESCAPE ACTUALLY OCCURRED. CITE: 22 O.S. 125 [22-125], 22 O.S. 132 [22-132], ARTICLE II, SECTION 20 (SAM H. LATTIMORE)